# United States Bankruptcy Court
## Northern District of Georgia

In re  **Brent Anton Mathis**
      **Deanna Michelle Gray**
                                    Debtor(s)

Case No. _____
Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Brent Anton Mathis** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I,  **Deanna Michelle Gray** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **January 12, 2018**            Signature  **/s/ Brent Anton Mathis**
                                                 **Brent Anton Mathis**
                                                 Debtor

Date  **January 12, 2018**            Signature  **/s/ Deanna Michelle Gray**
                                                 **Deanna Michelle Gray**
                                                 Joint Debtor

## M&B Porta Potty

PR 1765

Powered by **Intuit Payroll**

**Employee**
Brent A Mathis, 403 Leola Dr, Griffin, GA 30224

**SSN** \*\*\*-\*\*-7550

**Status (Fed/State)**: Married/Married filing Separate
**Allowances/Extra**: Fed-1/0/GA-1/0
Pay Period: 12/30/2017 - 01/05/2018
Pay Date: 01/04/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | 8:00 | 23.07 | 615.38 | 615.38 |
| Overtime | 8:00 | | 184.56 | 184.56 |
| | | | 799.94 | 799.94 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -65.00 | -65.00 |
| Social Security Employee | -49.60 | -49.60 |
| Medicare Employee | -11.60 | -11.60 |
| GA - Withholding | -36.03 | -36.03 |
| | -162.23 | -162.23 |

Net Pay    637.71    637.71

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.

---

## M&B Porta Potty

PR 1765

Powered by **Intuit Payroll**

**Employee**
Brent A Mathis, 403 Leola Dr, Griffin, GA 30224

**SSN** \*\*\*-\*\*-7550

**Status (Fed/State)**: Married/Married filing Separate
**Allowances/Extra**: Fed-1/0/GA-1/0
Pay Period: 12/30/2017 - 01/05/2018
Pay Date: 01/04/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | 8:00 | 23.07 | 615.38 | 615.38 |
| Overtime | 8:00 | | 184.56 | 184.56 |
| | | | 799.94 | 799.94 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -65.00 | -65.00 |
| Social Security Employee | -49.60 | -49.60 |
| Medicare Employee | -11.60 | -11.60 |
| GA - Withholding | -36.03 | -36.03 |
| | -162.23 | -162.23 |

Net Pay    637.71    637.71

*(stamped: PAID / PRE-RECORD)*

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.

## M&B Porta Potty

**PR 1642**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Brent A Mathis, 403 Leola Dr, Griffin, GA 30224 | | | | | ***-**-7550 | Married/Married filing Separate | Fed-1/0/GA-1/0 |
| | | | | | Pay Period: 12/09/2017 - 12/15/2017 | | Pay Date: 12/14/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 615.38 | 7,876.86 |
| Overtime | 6:00 | 23.07 | 138.42 | 3,425.92 |
| | 6:00 | | 753.80 | 11,302.78 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Witholding | -59.00 | -953.00 |
| Social Security Employee | -46.73 | -700.77 |
| Medicare Employee | -10.93 | -163.89 |
| GA - Withholding | -33.27 | -510.71 |
| | -149.93 | -2,328.37 |

| Net Pay | 603.87 | 8,974.41 |
|---|---|---|

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.

Powered by **Intuit Payroll**

---

## M&B Porta Potty

**PR 1629**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Brent A Mathis, 403 Leola Dr, Griffin, GA 30224 | | | | | ***-**-7550 | Married/Married filing Separate | Fed-1/0/GA-1/0 |
| | | | | | Pay Period: 12/16/2017 - 12/22/2017 | | Pay Date: 12/21/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 615.38 | 8,492.24 |
| Overtime | 8:00 | 23.07 | 184.56 | 3,610.48 |
| | 8:00 | | 799.94 | 12,102.72 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Witholding | -65.00 | -1,018.00 |
| Social Security Employee | -49.60 | -750.37 |
| Medicare Employee | -11.60 | -175.49 |
| GA - Withholding | -36.03 | -546.74 |
| | -162.23 | -2,490.60 |

| Net Pay | 637.71 | 9,612.12 |
|---|---|---|

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.

Powered by **Intuit Payroll**

---

## M&B Porta Potty

**PR 1781**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Brent A Mathis, 403 Leola Dr, Griffin, GA 30224 | | | | | ***-**-7550 | Married/Married filing Separate | Fed-1/0/GA-1/0 |
| | | | | | Pay Period: 12/23/2017 - 12/29/2017 | | Pay Date: 12/28/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 615.38 | 9,107.62 |
| Overtime | | | 0.00 | 3,610.48 |
| | | | 615.38 | 12,718.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Witholding | -38.00 | -1,056.00 |
| Social Security Employee | -38.15 | -788.52 |
| Medicare Employee | -8.92 | -184.41 |
| GA - Withholding | -24.96 | -571.70 |
| | -110.03 | -2,600.63 |

| Net Pay | 505.35 | 10,117.47 |
|---|---|---|

# M&B Porta Potty

**PR 1688**

Employee: Brent A Mathis, 403 Leola Dr, Griffin, GA 30224
SSN: ***-**-7550
Status (Fed/State): Married/Married filing Separate
Allowances/Extra: Fed-1/0/GA-1/0
Pay Period: 11/18/2017 - 11/24/2017
Pay Date: 11/22/2017

| Earnings and Hours | Hours | Rate  | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary    |       |       | 615.38  | 6,030.72   |
| Overtime           | 7:00  | 23.07 | 161.49  | 2,491.58   |
|                    | 7:00  |       | 776.87  | 8,522.30   |

| Taxes                      | Current  | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00     |            |
| Federal Witholding         | -62.00   | -699.00    |
| Social Security Employee   | -48.16   | -528.38    |
| Medicare Employee          | -11.26   | -123.57    |
| GA - Withholding           | -34.65   | -379.76    |
|                            | -156.07  | -1,730.71  |

| Net Pay | 620.80 | 6,791.59 |
|---|---|---|

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.

Powered by Intuit Payroll

---

# M&B Porta Potty

**PR 1673**

Employee: Brent A Mathis, 403 Leola Dr, Griffin, GA 30224
SSN: ***-**-7550
Status (Fed/State): Married/Married filing Separate
Allowances/Extra: Fed-1/0/GA-1/0
Pay Period: 11/25/2017 - 12/01/2017
Pay Date: 11/30/2017

| Earnings and Hours | Hours | Rate  | Current  | YTD Amount |
|---|---|---|---|---|
| Employee Salary    |       |       | 615.38   | 6,646.10   |
| Overtime           | 21:30 | 23.07 | 496.01   | 2,987.59   |
|                    | 21:30 |       | 1,111.39 | 9,633.69   |

| Taxes                      | Current  | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00     |            |
| Federal Witholding         | -112.00  | -811.00    |
| Social Security Employee   | -68.91   | -597.29    |
| Medicare Employee          | -16.12   | -139.69    |
| GA - Withholding           | -54.72   | -434.48    |
|                            | -251.75  | -1,982.46  |

| Net Pay | 859.64 | 7,651.23 |
|---|---|---|

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.

Powered by Intuit Payroll

---

# M&B Porta Potty

**PR 1659**

Employee: Brent A Mathis, 403 Leola Dr, Griffin, GA 30224
SSN: ***-**-7550
Status (Fed/State): Married/Married filing Separate
Allowances/Extra: Fed-1/0/GA-1/0
Pay Period: 12/02/2017 - 12/08/2017
Pay Date: 12/07/2017

| Earnings and Hours | Hours | Rate  | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary    |       |       | 615.38  | 7,261.48   |
| Overtime           | 13:00 | 23.07 | 299.91  | 3,287.50   |
|                    | 13:00 |       | 915.29  | 10,548.98  |

| Taxes                      | Current  | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00     |            |
| Federal Witholding         | -83.00   | -894.00    |
| Social Security Employee   | -56.75   | -654.04    |
| Medicare Employee          | -13.27   | -152.96    |
| GA - Withholding           | -42.96   | -477.44    |
|                            | -195.98  | -2,178.44  |

| Net Pay | 719.31 | 8,370.54 |
|---|---|---|

**M&B Porta Potty**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PR    1398

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Brent A Mathis, 403 Leola Dr, Griffin, GA 30224 | | | | | ***-**-7550 | Married/Married filing Separate | Fed-1/0/GA-1/0 |
| | | | | | Pay Period: 10/28/2017 - 11/03/2017 | | Pay Date: 11/02/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Overtime | 13:30 | 23.07 | 311.45 | 1,834.08 |
| Employee Salary | | | 0.00 | 4,184.58 |
| | 13:30 | | 311.45 | 6,018.66 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Witholding | -7.00 | -487.00 |
| Social Security Employee | -19.31 | -373.16 |
| Medicare Employee | -4.52 | -87.27 |
| GA - Withholding | -6.73 | -265.43 |
| | -37.56 | -1,212.86 |

| Net Pay | 273.89 | 4,805.80 |
|---|---|---|

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.　　　　　　　　　　　Powered by **Intuit Payroll**

---

**M&B Porta Potty**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PR    1396

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Brent A Mathis, 403 Leola Dr, Griffin, GA 30224 | | | | | ***-**-7550 | Married/Married filing Separate | Fed-1/0/GA-1/0 |
| | | | | | Pay Period: 11/04/2017 - 11/10/2017 | | Pay Date: 11/09/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 615.38 | 4,799.96 |
| Overtime | 9:00 | 23.07 | 207.63 | 2,041.71 |
| | 9:00 | | 823.01 | 6,841.67 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Witholding | -69.00 | -556.00 |
| Social Security Employee | -51.02 | -424.18 |
| Medicare Employee | -11.93 | -99.20 |
| GA - Withholding | -37.42 | -302.85 |
| | -169.37 | -1,382.23 |

| Net Pay | 653.64 | 5,459.44 |
|---|---|---|

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.　　　　　　　　　　　Powered by **Intuit Payroll**

---

**M&B Porta Potty**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PR    1702

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Brent A Mathis, 403 Leola Dr, Griffin, GA 30224 | | | | | ***-**-7550 | Married/Married filing Separate | Fed-1/0/GA-1/0 |
| | | | | | Pay Period: 11/11/2017 - 11/17/2017 | | Pay Date: 11/16/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 615.38 | 5,415.34 |
| Overtime | 12:30 | 23.07 | 288.38 | 2,330.09 |
| | 12:30 | | 903.76 | 7,745.43 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Witholding | -81.00 | -637.00 |
| Social Security Employee | -56.04 | -480.22 |
| Medicare Employee | -13.11 | -112.31 |
| GA - Withholding | -42.26 | -345.11 |
| | -192.41 | -1,574.64 |

| Net Pay | 711.35 | 6,170.79 |
|---|---|---|

**M&B Porta Potty**

PR    1544

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Brent A Mathis, 403 Leola Dr, Griffin, GA 30224 | | | | | ***-**-7550 | Married/Married filing Separate | Fed-1/0/GA-1/0 |
| | | | | | Pay Period: 10/14/2017 - 10/20/2017 | | Pay Date: 10/19/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 615.38 | 2,953.82 |
| Overtime | 11:30 | 23.07 | 265.31 | 865.13 |
| | 11:30 | | 880.69 | 3,818.95 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Witholding | -78.00 | -306.00 |
| Social Security Employee | -54.60 | -236.77 |
| Medicare Employee | -12.77 | -55.37 |
| GA - Withholding | -40.88 | -169.33 |
| | -186.25 | -767.47 |

| Net Pay | 694.44 | 3,051.48 |
|---|---|---|

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.

Powered by **Intuit Payroll**

---

**M&B Porta Potty**

PR    1530

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Brent A Mathis, 403 Leola Dr, Griffin, GA 30224 | | | | | ***-**-7550 | Married/Married filing Separate | Fed-1/0/GA-1/0 |
| | | | | | Pay Period: 10/21/2017 - 10/27/2017 | | Pay Date: 10/26/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 615.38 | 3,569.20 |
| Overtime | 28:30 | 23.07 | 657.50 | 1,522.63 |
| | 28:30 | | 1,272.88 | 5,091.83 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Witholding | -136.00 | -442.00 |
| Social Security Employee | -78.92 | -315.69 |
| Medicare Employee | -18.46 | -73.83 |
| GA - Withholding | -64.41 | -233.74 |
| | -297.79 | -1,065.26 |

| Net Pay | 975.09 | 4,026.57 |
|---|---|---|

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.

Powered by **Intuit Payroll**

---

**M&B Porta Potty**

PR    1512

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Brent A Mathis, 403 Leola Dr, Griffin, GA 30224 | | | | | ***-**-7550 | Married/Married filing Separate | Fed-1/0/GA-1/0 |
| | | | | | Pay Period: 10/28/2017 - 11/03/2017 | | Pay Date: 11/02/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Employee Salary | | | 615.38 | 4,184.58 |
| Overtime | | | 0.00 | 1,522.63 |
| | | | 615.38 | 5,707.21 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Witholding | -38.00 | -480.00 |
| Social Security Employee | -38.16 | -353.85 |
| Medicare Employee | -8.92 | -82.75 |
| GA - Withholding | -24.96 | -258.70 |
| | -110.04 | -1,175.30 |

| Net Pay | 505.34 | 4,531.91 |
|---|---|---|

M&B Porta Potty, P.O. Box 646, Griffin, GA 30224, IMF CONSTRUCTION INC.