## United States Bankruptcy Court
### Northern District of Georgia

In re **Brent Anton Mathis**
**Deanna Michelle Gray**
Debtor(s)

Case No.
Chapter **13**

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS
# FOR INDIVIDUALS OR JOINT DEBTORS

1. In accordance with Fed. R. Bankr. P. 1006 and General Order No. 16-2013 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $ **310.00** in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.

2. I am unable to pay the filing fee except in installments.

3. I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the filing fee:
   First Installment of $ **75.00 on or before January 19, 2018.**
   Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ **117.50**, on or before 30 days from the date the bankruptcy petition was filed.
   Final Installment of the remaining unpaid balance of the filing fee in the amount of $ **117.50**, on or before 60 days from the date the bankruptcy petition was filed.

5. **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.**

| **/s/ Howard Slomka**                | **January 12, 2018** | **/s/ Brent Anton Mathis**              | **January 12, 2018** |
|--------------------------------------|----------------------|-----------------------------------------|----------------------|
| Signature of Attorney                | Date                 | Signature of Debtor                     | Date                 |
|                                      |                      | (In a joint case, both Debtors must sign) |                    |
| **Howard Slomka 652875  GA**         |                      | **/s/ Deanna Michelle Gray**            | **January 12, 2018** |
| Name of Attorney                     |                      | Signature of Joint Debtor               | Date                 |

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2013)
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                       Best Case Bankruptcy