## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Brent Anton Mathis**
403 Leola Drive
Griffin, GA 30224

**xxx−xx−7550**

**Deanna Michelle Gray**
403 Leola Drive
Griffin, GA 30224

**xxx−xx−0010**

Case No.: **18−10065−whd**
Chapter: **7**

## ORDER CLOSING CASE WITHOUT DISCHARGE

It appears Debtor has not completed the instructional course concerning personal financial management required for discharge pursuant to 11 U.S.C. § 727(a)(11), as the Certification About a Financial Management Course has not been filed. Accordingly, it is

**ORDERED** that the above−captioned case is closed without entry of discharge.

**IT IS FURTHER ORDERED** that the estate is closed, and Trustee is discharged from and relieved of said trust.

DATED: July 10, 2018

_____
W. Homer Drake
United States Bankruptcy Judge

Form 419